**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

KATHERINE REYNOLDS,

    Plaintiff,

v.                                                     Case No. 3:09cv238

RELIABLE TRANSMISSIONS, INC.

And

GE CAPITAL FINANCE, INC.

    Defendants.

## MOTION TO WITHDRAW

    John A. Gibney, Robert R. Musick, and the law firm of ThompsonMcMullan, P.C. (hereinafter "ThompsonMcMullan"), counsel for Defendant Reliable Transmissions, Inc., move this Court pursuant to Local Rule of Civil Procedure 83.1(G) for leave to withdraw as counsel, and in support of this motion state as follows:

1. Reliable Transmissions, Inc. engaged ThompsonMcMullan to defend its interests in this lawsuit on or about May 14, 2009.

2. Reliable Transmissions, Inc. is not paying ThompsonMcMullan as agreed.

3. Reliable Transmissions, Inc. is also not responding to communications from counsel.

4. This Court has not yet set this matter for trial, and no discovery has been conducted.

5. Reliable Transmissions, Inc. will not be prejudiced by ThompsonMcMullan's withdrawal as counsel.

6. It will cause a hardship on ThompsonMcMullan if it is required to represent Reliable Transmissions in this matter.

WHEREFORE, John A. Gibney, Robert R. Musick, and the law firm of ThompsonMcMullan, P.C. respectfully request that this Court permit them to withdraw as counsel for Reliable Transmissions, Inc.

  /s/ Robert R. Musick
John A. Gibney, VSB No. 15754
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax
jgibney@t-mlaw.com
bmusick@t-mlaw.com
*Counsel for Reliable Transmissions, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 26th day of August 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Leonard A. Bennett
>Robin A. Abbott
>Gary L. Abbott
>Consumer Litigation Associates, P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, VA 23606
>*Counsel for Plaintiff*
>
>M. F. Connell Mullins, Jr. (VSB # 47213)
>SPOTTS FAIN PC
>411 East Franklin Street, Suite 600
>P.O. Box 1555
>Richmond, Virginia 23218-1555
>Telephone: (804) 697-2000
>Facsimile: (804) 697-2100
>cmullins@spottsfain.com
>*Attorneys for GE Capital Financial, Inc.*

I further certify that a copy of the foregoing motion was mailed by first class mail, postage prepaid, to:

>Reliable Transmissions, Inc.
>13669 Warwick Boulevard
>Newport News, Virginia 23602

___/s/ Robert R. Musick_____
John A. Gibney, VSB No. 15754
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219
804.649.7545

804.780.1813 Fax
jgibney@t-mlaw.com
bmusick@t-mlaw.com
*Counsel for Reliable Transmissions, Inc.*