IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



KATHERINE REYNOLDS,

    Plaintiff,

v.                              Civil Action No. 3:09cv238

RELIABLE TRANSMISSIONS,
INC., et al.,

    Defendants.

### ORDER

Having conferred with counsel at an Initial Pretrial Conference on August 24, 2009, it is hereby ORDERED, upon consent of the parties, this action shall be REASSIGNED to Magistrate Judge Dennis W. Dohnal for all purposes.

The Clerk is directed to send a copy of this Order to Magistrate Judge Dohnal.

It is so ORDERED.

                                          /s/          *REP*
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: August 24, 2009