UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

KATHERINE REYNOLDS,

    Plaintiff,

v.                                                                              Case No. 3:09cv238

RELIABLE TRANSMISSIONS, INC.

And

GE CAPITAL FINANCE, INC.

    Defendants.

## NOTICE OF HEARING

Please take notice that on September 21, 2009, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Reliable Transmissions, Inc. will present its Motion to Withdraw as Counsel and will ask for the entry of an Order granting the motion. The hearing shall be held at the United States District Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Courtroom 5400, Richmond, Virginia.

Please govern yourself accordingly.

                                                    RELIABLE TRANSMISSIONS, INC.
                                                  By Counsel

   /s/ Robert R. Musick_____
John A. Gibney, VSB No. 15754
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax

jgibney@t-mlaw.com
bmusick@t-mlaw.com
*Counsel for Reliable Transmissions, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of September 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Leonard A. Bennett
>Robin A. Abbott
>Gary L. Abbott
>Consumer Litigation Associates, P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, VA 23606
>*Counsel for Plaintiff*

>M. F. Connell Mullins, Jr. (VSB # 47213)
>SPOTTS FAIN PC
>411 East Franklin Street, Suite 600
>P.O. Box 1555
>Richmond, Virginia 23218-1555
>Telephone: (804) 697-2000
>Facsimile: (804) 697-2100
>cmullins@spottsfain.com
>*Attorneys for GE Capital Financial, Inc.*

I further certify that a copy of the foregoing motion was mailed by first class mail, postage prepaid, to:

>Reliable Transmissions, Inc.
>13669 Warwick Boulevard
>Newport News, Virginia 23602

\_\_\_/s/ Robert R. Musick_____
John A. Gibney, VSB No. 15754
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219

804.649.7545
804.780.1813 Fax
jgibney@t-mlaw.com
bmusick@t-mlaw.com
*Counsel for Reliable Transmissions, Inc.*