CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET

DATE: September 21, 2009

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>Katherine Reynolds<br>v.<br>Reliable Transmissions, Inc., et al | CASE NO: 3:09CV238<br>JUDGE: Dohnal<br>COURT REPORTER: FTR Gold |

MATTER COMES ON FOR: BENCH TRIAL ( )   MOTION HEARING (✓) OTHER:

APPEARANCES: Parties by (✓)/with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

FILED
SEP 21 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   COURT ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Matter came on for hearing on deft. Reliable Transmission's motion to withdraw. Statement made by counsel. An order shall issue.

Counsel for Plaintiff(s)
Gary J. Abbott, Esq.

Counsel for Defendant(s)
Robert R. Musick, Esq.
Maurice F. Mullins, Esq.

SET: 9:30   BEGAN: 9:33   ENDED: 9:43   TIME IN COURT: :10/:13

RECESSES: