IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |  |
|---|---|---|
| **KATHERINE REYNOLDS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:09CV238 |
| | ) | |
| **RELIABLE TRANSMISSIONS, INC.,** | ) | |
| **and GE CAPITAL FINANCIAL, INC.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

This matter is before the Court on the motion of counsel to withdraw from the representation of Defendant Reliable Transmissions, Inc. ("Reliable"). (Docket No. 18). For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that counsel's motion to withdraw (Docket No. 18) is DENIED.

Let the Clerk file this Order and the accompanying Memorandum Opinion electronically and notify counsel of record accordingly.

It is so ORDERED.

/s/
Dennis W. Dohnal
United States Magistrate Judge

Richmond, Virginia
Dated: September 21, 2009