**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **KATHERINE REYNOLDS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL NO. 3:09CV238** |
| ) | |
| **RELIABLE TRANSMISSIONS, INC.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending is the Plaintiff's motion for an extension of time to file a petition for fees. Plaintiff requests that her deadline for filing be extended from May 25, 2010, to May 28, 2010, so that she can "adequately coordinate separate third party declarations into her affidavit for fees." Plaintiff's motion for an extension is GRANTED. Her deadline for filing a petition for fees is extended to May 28, 2010, and the Defendant's deadline for responding will also be adjusted accordingly.

It is so ORDERED.

/s/
Dennis W. Dohnal
United States Magistrate Judge

Richmond, Virginia
Dated: May 25, 2010