**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
Richmond Division**

**KATHERINE REYNOLDS,**

      Plaintiff,

v.                                                   Civil Action No. 3:09cv238

**RELIABLE TRANSMISSIONS, INC.,** et al.,

      Defendants.

**MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS**

      Plaintiff, Katherine Reynolds, by counsel, moves the Court for an award of attorneys' fees as the prevailing party in the Motion for Summary Judgment decision entered on March 12, 2010. Pursuant to the federal Equal Credit Opportunity Act, 15 U.S.C. §1691e(d), and the Virginia Consumer Protection Act, Code of Virginia §59.1-204(B), the Court has authority to award reasonable attorneys' fees and costs to the prevailing party upon the award of damages. Plaintiff hereby submits her attorneys' fee petition, attached as Exhibit "A" and an accompanying Memorandum in Support of her Motion.

      WHEREFORE, Plaintiff requests that the Court's Order of damages award include an award of attorneys' fees to the Plaintiff in the amount of $32, 587.50 and costs in the amount of $574.00.

                                                    KATHERINE REYNOLDS

                                                    /s/
                                          Robin A. Abbott, Esq.
                                          Virginia State Bar #46596
                                          Attorney for Katherine Reynolds
                                          Consumer Litigation Associates, P.C.
                                          12515 Warwick Boulevard, Suite 100
                                          Newport News, Virginia 23606
                                          (757) 930-3660 - Telephone
                                          (757) 930-3662 – Facsimile
                                          rabbottlaw@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Robert R. Musick (VSB # 48601)
THOMPSON McMULLAN, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
(804) 649-7545 telephone
(804) 780-1813 facsimile

                                                    /s/
                                          Robin A. Abbott, Esq.
                                          Virginia State Bar #46596
                                          Attorney for Katherine Reynolds
                                          Consumer Litigation Associates, P.C.
                                          12515 Warwick Boulevard, Suite 100
                                          Newport News, Virginia 23606
                                          (757) 930-3660 - Telephone
                                          (757) 930-3662 – Facsimile
                                          rabbottlaw@msn.com