**EXHIBIT "A"**

| Task | Hours | |
|---|---|---|
| Client interview, case review | 1.5 | RAA |
| | 1.0 | GLA |
| Research law and determine claims | 3.5 | RAA |
| | 4.5 | GLA |
| Drafting and Filing of Complaint | 2.0 | RAA |
| | 3.5 | GLA |
| | 0.5 | LAB |
| Client contact, conference, misc correspondence, hearing prep | 7.5 | RAA |
| | 1.75 | GLA |
| Court – scheduling conference | 3.5 | RAA |
| Drafting of Discovery to Defendant, including Interrogatories, Requests for Production and Requests for Admissions | 5.0 | RAA |
| | 18.0 | GLA |
| Court – Hearing to withdraw | 3.5 | RAA |
| Witnesses, evidentiary support | 5.25 | RAA |
| | 2.75 | GLA |
| Conference with Judge re: Motion for Summary Judgment | 0.5 | LAB |
| Research, Drafting and Filing of Motion For Summary Judgment and Memorandum In Support of Motion for Summary Judgment | 2.0 | RAA |
| | 6.5 | GLA |
| | 4.0 | LAB |
| Telephone Conference with Counsel re: Stipulation to Amend Complaint and Preparation of Stipulation to Amend Complaint | 1.0 | GLA |
| Court - Hearing on damages award | 4.0 | RAA |
| Research, Drafting and Filing of Motion for Award of Attorney Fees, Memorandum in Support of Motion for Award of Attorney Fees, | 8.0 | RAA |
| | 3.0 | LAB |

Declarations of Leonard A. Bennett and
Robin A. Abbott; Plaintiff's Statement of Facts,
Conclusions of Law and Damages

Total hours                                                37.75  RAA
                                                           38.0   GLA
                                                           5.0    LAB

45.75 hours at $350.00 per hour (RAA)                      $16,012.50
39.00 hours at $275.00 per hour  (GLA)                      10,725.00
13.00 hours at $450.00 per hour (LAB)                        5,850.00

                                                           _____
Total fee                                                  $32,587.50

2