**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**KATHERINE REYNOLDS,**

        **Plaintiff,**

**v.**           Civil Action No. 3:09cv238

**RELIABLE TRANSMISSIONS, INC., et al.,**

        **Defendants.**

## FINAL ORDER

This matter is before the Court to issue findings of fact and conclusions of law on the Complaint of the Plaintiff, Katherine Reynolds ("Reynolds"). Also pending is the Plaintiff's motion for award of attorneys' fees and costs (Docket No. 49). For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Plaintiff's remaining claims for violation of the Equal Credit Opportunity Act (Count I), fraud (Count IV), and breach of contract (Count V) are DENIED and DISMISSED; and Plaintiff's claim for violation of the Virginia Consumer Protection Act (Count VII) is GRANTED. Plaintiff's motion for an award of attorneys fees and costs (Docket No. 49) is GRANTED in PART and DENIED in PART. Plaintiff is awarded damages in the amount of $1,500.00, plus $26,762.50 for attorneys' fees, and $574.00 for costs, for a total of $28,836.50. This matter is CLOSED.

Let the Clerk file this Order and the accompanying Memorandum Opinion electronically and notify all counsel accordingly.

It is so Ordered.

_____/s/_____
Dennis W. Dohnal
United States Magistrate Judge

Richmond, VA
Dated: June 29, 2010